**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

COMMONWEALTH OF PENNSYLVANIA,    :   No. 64 WAL 2024

       Respondent               :

                                  :   Petition for Allowance of Appeal

                                  :   from the Order of the Superior Court

       v.                       :

                                  :

GLENN SHARICE BOLDEN, JR.,         :

                                  :

       Petitioner                 :

## <u>ORDER</u>

**PER CURIAM**

       **AND NOW**, this 23rd day of July, 2024, the Petition for Allowance of Appeal is **DENIED**.